ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IV

| | | |
|---|---|---|
| SUCN. FAUSTINO APONTE TORRES<br><br>Parte Apelante<br><br>v.<br><br>SUCN. SILVERIO CRUZ BELTRÁN<br><br>Parte Apelada | KLAN202400397 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Humacao<br><br>Civil Núm.: HSCI201101233<br><br>Sobre: Servidumbre de paso |

Panel integrado por su presidenta, la Jueza Cintrón Cintrón, la Jueza Rivera Marchand y el Juez Rodríguez Flores.

**SENTENCIA**

En San Juan, Puerto Rico, a 30 de abril de 2024.

Atendida la *Moción Desistimiento sin Perjuicio* presentada el 29 de abril de 2024, por la parte apelante, se declara la misma *ha lugar*, a tenor con la Regla 83(A) del Reglamento del Tribunal de Apelaciones, 4 LPRA XXII-B, R. 83(A). Por tanto, se ordena el archivo definitivo de esta causa.

**Notifíquese.**

Lo acuerda y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____